## SAMUEL S. PHELPS *versus* LEWIS ROUSE

JOURNAL ENTRIES (1819–24): *Journal 2:* (1) Rule to declare, continued *p. 677. *Journal 3:* (2) Leave to withdraw plea denied *p. 209; (3) motion for continuance granted *p. 217-f; (4) motion for leave to amend and for rule to plead *p. 217-h; (5) leave to take bill of particulars from files *p. 217-h; (6) mileage and attendance of witness proved *p. 217-i; (7) commissions to take depositions allowed, etc. *p. 242; (8) continued *p. 338; (9) jury impaneled *p. 393; (10) witnesses sworn *p. 393; (11) juror sworn as a witness *p. 394; (12) deposition offered in evidence *p. 394; (13) deposition offered, objection sustained *p. 394; (14) evidence heard, verdict *p. 398; (15) motion for new trial *p. 398; (16) motion for judgment *p. 486; (17) rule for judgment *p. 507.
PAPERS IN FILE: (1) Capias, deputation and return; (2) subpoena; (3–4) commissions to take depositions; (5) affidavit for continuance; (6) affi-

davit in opposition to continuance; (7) affidavit of J. W. Johnson; (8) affidavit of J. W. Ransom; (9–11) subpoenas; (12) draft of commission to take deposition; (13) bill of particulars; (14) declaration; (15) plea of non assumpsit and notice of set off; (16) precipe for subpoena; (17) subpoena; (18) deposition of Harry Finney; (19) precipe for subpoena; (20) subpoena; (21) deposition of Rix Robinson; (22) precipe for subpoena; (23–24) subpoenas; (25) verdict; (26) precipe for execution fi. fa.; (27) writ of fi. fa.; (28) sheriff's fee bill; (29) writ of fi. fa. and return; (30) statement of accounts; (31) statement of accounts, interrogatories.

*Office Docket*, MS p. 64, c. 2. (Case 24 of 1820)  Recorded in *Book B*, MS pp. 308–13.